Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

                                      Case No.: 14−30632−RG
                                      Chapter: 13
                                      Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Javier Taveras
   fka Javier Anicacio Taveras
   9 Robert Street, Apt. 3
   Paterson, NJ 07503

Social Security No.:
   xxx−xx−1160

Employer's Tax I.D. No.:

---

**FINAL DECREE**

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>August 8, 2016</u>                <u>Rosemary Gambardella</u>
                                                Judge, United States Bankruptcy Court